EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: <br><br><br> Raúl A. Acevedo Rodríguez | 2016 TSPR 32 <br><br> 194 DPR ____ |
|---|---|

Número del Caso: TS-8134

Fecha: 26 de febrero de 2016

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Raúl A. Acevedo Rodríguez

TS-8134

**RESOLUCIÓN**

San Juan, Puerto Rico, a 26 de febrero de 2016.

Examinado el *Informe Sobre Petición de Reinstalación* y la *Recomendación de la Comisión de Reputación,* se declara con lugar.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez, no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo